FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of blocked or trimmed palm leaf harvest hats similar in all material respects to those the subject of *Bailey-Mora Co., Inc., a/c Vera Lou, Inc., et al.* v. *United States* (54 Cust. Ct. 55, C.D. 2508), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 15, 1966

**No. P66/99.**—Mitsui & Co., Ltd. v. United States, protest 62/18763 (Portland, Oreg.).

**No. P66/100.**—Victor B. Handal & Bro., Inc. v. United States, protests 63/8203, 63/23052, and 63/23053 (Los Angeles).

**No. P66/101.**—International Expediters, Inc., et al. v. United States, protests 65/4696–14496, etc. (Chicago).

**No. P66/102.**—Karl Schroff & Associates, Inc. v. United States, protest 65/8687–14911 (Chicago) .

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JUNE 20, 1966

**No. P66/103.**—International Models, Inc., and Victory Shipping Co., Inc. v. United States, protests 307415-K and 290704-K (New York).

**No. P66/104.**—Louis Marx & Co. v. United States, protest 315027-K (New York).

**No. P66/105.**—General Shpg. & Tradg. Co. and Lowell Toy Corp. v. United States, protest 59/11324 (New York).

**No. P66/106.**—Polk's Model Craft Hobbies, Inc., et al. v. United States, protests 61/12248, etc. (San Francisco).

**No. P66/107.**—Polk's Model Craft Hobbies, Inc. v. United States, protests 64/2340 (B), etc. (New York).

**No. P66/108.**—Polk's Model Craft Hobbies, Inc. v. United States, protest 64/3360 (Galveston).

**No. P66/109.**—Aristo-Craft Distinctive Miniatures v. United States, protest 64/7846 (A)–14368 (Chicago).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.

**No. P66/110.**—James G. Wiley and Alberto Bufalini v. United States, protest 61/6327 (Los Angeles).

NICHOLS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of polished marble slabs similar in all material respects to those the subject of *Selectile Co., Inc.* v. *United States* (54 Cust. Ct. 30, C.D. 2504), the claim of the plaintiffs was sustained.

**No. P66/111.**—Weather-Rite Sportswear Co., Inc. v. United States, protests 61/14790, etc. (New York).

NICHOLS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JUNE 21, 1966

**No. P66/112.**—Lansen-Naeve Corp. v. United States, protests 61/19601, etc. (New York).

**No. P66/113.**—Shigoto International Corp. v. United States, protests 63/7348(B), etc. (San Francisco).

**No. P66/114.**—Shigoto International Corp. v. United States, protests 64/7963, etc. (Philadelphia).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.

**No. P66/115.**—Williams & Rosenbaum, Inc. v. United States, protest 65/9640 (Boston).